LIFLAND HOLDING CORPORATION, Appellant, *v.* KENNETH ROGERS CONSTRUCTION COMPANY, INC., Respondent.

(Argued February 19, 1931; decided March 24, 1931.)

*Meyer Kraushaar, Jesse Climenko* and *Morris Bunderoff* for appellant.

*Hyman Marx* and *William Marx* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: POUND and HUBBS, JJ.